CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 20 2007

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | CASE NO. 4:06CR49-2 & 4:06CR50-1 |
| JIMMY DAMONT STILL, | ) | |
| Defendant. | ) | |

This case is before the Court on defendant's Motion for Bond. For reasons stated on the record in open court, this motion is hereby **DENIED**.

The Clerk is directed to send certified copies of this order to counsel or record.

ENTERED: This 20th day of February, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE